UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PARIS DEVON MORRIS, ) <br> a/k/a Michael H. Bruner, ) <br> a/k/a Philip A. Dumars, ) <br> a/k/a Marcus Lament Johnson, ) <br> a/k/a Devin Michael Smith, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | CASE NO.   05-372 M <br><br> DETENTION ORDER |

Offenses charged:

    Count I:    Fraud in Connection with Identification Documents, in violation of Title 18, U.S.C., Sections 1028(a)(1), and 1028(B)(1)(A)(ii), and 2; and

    Count II:    Social Security Fraud, in violation of Title 42, U.S.C., Section 408(a)(7)(B).

Date of Detention Hearing:  August 24, 2005.

    The Court, having conducted a contested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant

DETENTION ORDER
PAGE -1-

can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.  The Government was represented by Vincent Lombardi.  The defendant was represented by Terrance Kellogg.

The Government filed a Motion for Detention; the defense argued for release of the defendant with conditions.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1) The defendant poses a risk of nonappearance due to the following reasons:

    (a) His background and ties to this district reflect unstable employment and residential history, and he has an extensive history of failing to appear and failing to comply with court orders;

    (b) He is associated with 14 alias names, 5 dates of birth, and 3 Social Security numbers.  It should also be noted that, upon positive identification of an additional alias name, there is the potential for an additional 4 Social Security numbers and 4 dates of birth; and

    (c) He has numerous outstanding warrants, including an active felony warrant related to the instant offense

(2) The Court views the defendant as a risk to the community given the nature and seriousness of the crime alleged, combined with the defendant's extensive and sometimes volatile criminal history and admitted substance abuse issues.  Of note and germane to the issue of danger is the allegation that an assault rifle was located at his residence at the time of his arrest.

Thus, there is no condition or combination of conditions that would reasonably assure future court appearances.

**It is therefore ORDERED:**

(l)  Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)  The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 7th day of September, 2005.

_____
MONICA J. BENTON
United States Magistrate Judge